**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Structure One, Inc.** | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 6 – 2 3 7 7 5 0 9** | |
| **4. Debtor's address** | **Principal place of business** <br><br> **205 Lakeview Cir** <br> Number    Street <br> **Lockhart, TX 78644-2091** <br> City                    State    ZIP Code <br><br> **Caldwell** <br> County | **Mailing address, if different from principal place of business** <br><br> Number    Street <br><br> City                    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City                    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **1**

Debtor  **Structure One, Inc.**     Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
       District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When __/__/____
       Case number, if known _____

Debtor **Structure One, Inc.** Case number *(if known)* _____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____  _____  _____
City                                     State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☑ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

Debtor **Structure One, Inc.**      Case number *(if known)*
    Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/28/2024**
    MM/ DD/ YYYY

X **/s/ Jeffrey Brown**            **Jeffrey Brown**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Stephen W Sather**      Date **10/28/2024**
Signature of attorney for debtor                      MM/ DD/ YYYY

**Stephen W Sather**
Printed name

**Barron & Newburger, P.C.**
Firm name

**7320 N. MoPac Expressway 400**
Number     Street

**Austin**           **TX**      **78731**
City                            State      ZIP Code

**(512) 649-3243**          **ssather@bn-lawyers.com**
Contact phone                        Email address

**17657520**               **TX**
Bar number                         State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page **4**

Fill in this information to identify the case:

Debtor name: **Structure One, Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration<br>PO Box 3918<br>Portland, OR 97208 | | | | | | $571,300.00 |
| 2 | Fundbox<br>268 Bush Street Suite 2821<br>San Francisco, CA 94104 | | | | | | $93,201.92 |
| 3 | Vox Funding LLC<br>100 Park Ave Fl 26<br>New York, NY 10017-5539 | | MCA | | | | $89,776.40 |
| 4 | Pickett Home Services<br>6646 Satsuma Drive<br>Houston, TX 77041 | (713) 896-9700 | Services Rendered | | | | $65,000.00 |
| 5 | Guido Lumber Company Inc.<br>8526 Vidor Ave<br>San Antonio, TX 78216-6045 | | | | | | $50,503.32 |
| 6 | Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $36,741.10 |
| 7 | City Electric Supply Company<br>400 S Record St Ste 900<br>Dallas, TX 75202-4814 | | Unpaid Invoices | | | | $33,277.30 |
| 8 | Christopher A Fisher<br>6611 River Bluff Drive<br>Houston, TX 77085 | (281) 948-0045 | Services Rendered | | | | $25,980.00 |

Debtor  **Structure One, Inc.**  Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Blackstone Plumbing LLC<br>Po Box 153026<br>Austin, TX 78715-3026 | (512) 787-3412 | Services Rendered | | | | $25,786.00 |
| 10 Intuit<br>c/o GGR Incorporated<br>5858 Westheimer Rd Ste 500<br>Houston, TX 77057-5645 | (800) 497-5332 | Loan | | | | $21,146.57 |
| 11 C.E.S.<br>P.O Box 131811<br>Dallas, TX 75313 | (512) 249-3860 | Services Rendered | | | | $19,550.71 |
| 12 d-7 Roofing, LLC<br>5470 Lincoln Street<br>Denver, CO 80216 | (303) 758-7663 | Services Rendered | | | | $18,890.00 |
| 13 L & W Supply Texas<br>PO Box Box 202753<br>Dallas, TX 75320-2753 | | | | | | $18,714.19 |
| 14 EquipmentShare.com, Inc.<br>PO Box 2214<br>Decatur, AL 35609-2214 | (573) 283-8181 | Services Rendered | | | | $17,004.17 |
| 15 MLN Fire Protection Company<br>3931 Ann Arbor Dr<br>Houston, TX 77063-6301 | (305) 924-4753 | Services Rendered | | | | $16,455.66 |
| 16 VAC Central<br>7410 Werner St<br>Houston, TX 77076-1513 | (713) 409-5306 | Services Rendered | | | | $16,364.50 |
| 17 L&W Supply Corporation<br>Po Box 202753<br>Dallas, TX 75320-2753 | (713) 462-0100 | Services Rendered | | | | $15,803.24 |
| 18 South Texas Brick & Stone<br>2900 Oak Springs Dr<br>Austin, TX 78702-2530 | (737) 205-5003 | Services Rendered | | | | $14,461.35 |
| 19 Buck Valley Trucking<br>Po Box 789<br>Center Point, TX 78010-0789 | (830) 928-5055 | Services Rendered | | | | $14,400.00 |
| 20 AAA Countertops, LLC<br>4210 Felter Ln<br>Austin, TX 78744-3220 | | Services Rendered | | | | $13,060.00 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Structure One, Inc.**                        CASE NO

                                               CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **10/28/2024**      Signature                  **/s/ Jeffrey Brown**
                                                             Jeffrey Brown, President

A. E. Cummings, Inc.
1740 Old Martindale Rd
San Marcos, TX 78666-8160


AAA Countertops, LLC
4210 Felter Ln
Austin, TX 78744-3220


AR., Austin Contractor Services
5626 Weeping Willow Road
Houston, TX 77092


Ashford Glass & Mirror
3416 Andtree Blvd.
Austin, TX 78748-1446


Atomic Sheet Metal
9608 Swansons Ranch Rd
Austin, TX 78748-1446


B & P Electric
504 Deerfoot Drive
Lockhart, TX 78644


Big Dog Mix Conrete Inc.
317 Graef Rd
Kyle, TX 78640-6675


Blackstone Plumbing LLC
Po Box 153026
Austin, TX 78715-3026

Breakthrough G.C. LLC
PO Box Box 872
Buda, TX 78610

Bryan Plumbing Pool and Steel
166 Monterrey Hills Dr
Del Valle, TX 78617-5385

Buck Valley Trucking
Po Box 789
Center Point, TX 78010-0789

Builders Firstsource
1201 Bmc Dr
Cedar Park, TX 78613-4270

C.E.S.
P.O Box 131811
Dallas, TX 75313

Certa Pro Painters
30 Stanwick Place
Spring, TX 77382

Christopher A Fisher
6611 River Bluff Drive
Houston, TX 77085

City Electric Supply Company
400 S Record St Ste 900
Dallas, TX 75202-4814

CMC
Po Box 844573
Dallas, TX 75284-4573

Cogent Construction Services, LLC
10822 William Pass Ln
Cypress, TX 77433-6485

Copano Custom Cabinets
532 Colvin St
New Braunfels, TX 78130-7627

Crawford Electric Supply Company Inc.
PO Box Box 847160
Dallas, TX 75284-7160

Crawford Electrical Supply
Po Box 847160
Dallas, TX 75284-7160

CT Corporation System as Rep.
Attn: SPRS
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

d-7 Roofing, LLC
5470 Lincoln Street
Denver, CO 80216

Daltile Corporation, Inc.
PO Box 209058
Dallas, TX 75320-9058

Duran Gravel Co, Inc.
1325 Lovers Ln
Lockhart, TX 78644-3948

Efrin Hernandez
10433 Doc Holliday Trail
Austin, TX 78753

EquipmentShare.com, Inc.
PO Box 2214
Decatur, AL 35609-2214

Everlasting 7 Gutter &
Remodeling, LLC
1610 Azores Drive
Pflugerville, TX 78660

Fundbox
268 Bush Street Suite 2821
San Francisco, CA 94104

GBR Electric, LLC
113 Richland Drive
Lockhart, TX 78644

Grainger
Dept. 886725220
Po Box 419627
Kansas City, MO 64141-6627

Ground Penetrating Radar
Systems, LLC
1901 Indian Wood Circle
Maumee, OH 43537

Guido Lumber Company Inc.
8526 Vidor Ave
San Antonio, TX 78216-6045

Hajoca Corporation
c/o Barnett & Garcia, PLLC
3829 Juniper Trace Ste 108
Austin, TX 78738

HaleStorm Electric
3 Cypress Fairway Vig
Wimberley, TX 78676

Hardwood Products
1585 W Sam Houston Pkwy N Suite 200
Houston, TX 77043

Herc Rentals
Po Box 936257
Atlanta, GA 31193-6257

Hull Supply
5117 East Cesar Chavez
Austin, TX 78702

Internal Revenue Service
Centralized Insolvency Office
Po Box 7346
Philadelphia, PA 19101-7346

Intuit
c/o GGR Incorporated
5858 Westheimer Rd Ste 500
Houston, TX 77057-5645

J.E.T. Commercial Wood Framing
100 N Edward Gary St
San Marcos, TX 78666-5726

Jamco Electrical
10600 Seven Mile Ln
Houston, TX 77093-4220

K & W Engineering Solutions
650 Shell Stone Trl
Georgetown, TX 78628-4634

KDL Flooring Services
520 Gulf Bank Road # 138
Houston, TX 77037

Kentex Roofing Systems, LLC
PO Box 15069
Austin, TX 78761

Kevin Mills, CPA
800 State Park Road # 101 Suite A
Lockhart, TX 78644

L & W Supply Texas
PO Box Box 202753
Dallas, TX 75320-2753

L&W Supply Corporation
Po Box 202753
Dallas, TX 75320-2753

Lagos Pool Finishes, LLC
5725 Meadow Brook Lane
San Marcos, TX 78666


Law Office of Tom Murphy
9600 Great Hills Trl Ste 150w
Austin, TX 78759-6303


Ledesma Landscapes
282 Hurst Lane
Seguin, TX 78155


Lonestar Electric Supply
4200 N Sam Houston Pkwy W
Houston, TX 77086-1468


Macias Pools and Outdoor
Stone, LLC
600 Kay Line Drive
Pflugerville, TX 78660


Mac's Electric
Po Box 17352
San Antonio, TX 78217-0352


Mid Tex Propane
1256 N. Magnolia (HWY 183)
Po Box 1168
Luling, TX 78648-1168


MLN Fire Protection Company
3931 Ann Arbor Dr
Houston, TX 77063-6301

Moore Supply Co
Po Box 951949
Dallas, TX 75395-1949

Mr. Hot Shot Charlie
2202 Toulouse Circle
Austin, TX 78748

Mueller, Inc.
2202 Toulouse Circle
Austin, TX 78748

Pickett Home Services
6646 Satsuma Drive
Houston, TX 77041

Pool Corp
109 Northpark Blvd.
Covington, LA 70433

Preferred Glass & Mirror
Po Box 158
Leander, TX 78646-0158

Roman Custom Floors, LLC
16303 Jackson Street
Leander, TX 78641

Ronnie Machado
6624 Heine Farm Rd Unit 3
Del Valle, TX 78617-2100

Sage Capital Bank
PO Box Box 1940
Gonzales, TX 78629

SCP Distributors LLC
Po Box 669421
Dallas, TX 75266-0034

Sherwin Williams
2100 Lakeside Blvd Ste 400
Richardson, TX 75082-4349

Shewrin-Williams Company
2100 Lakeside Blvd Ste 400
Richardson, TX 75082-4349

South Texas Brick & Stone
2900 Oak Springs Dr
Austin, TX 78702-2530

Stone & Tile Services
744 W William Cannon Dr Apt 2067
Austin, TX 78745-3977

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

Texas Overhead Door
122 Nw Hillery St
Burleson, TX 76028-4106

Tormax USA
Po Box 171387
San Antonio, TX 78217-8387

U.S. Small Business
Administration
PO Box 3918
Portland, OR 97208

VAC Central
7410 Werner St
Houston, TX 77076-1513

Vox Funding LLC
100 Park Ave Fl 26
New York, NY 10017-5539

Wichos Floor Corporation
12710 Rio Quatro Dr
Houston, TX 77045-4045

YCO Gate CO
PO Box 264
San Marcos, TX 78667